mc

AO 91 (Rev. 11/11) Criminal Complaint SAUSA David Habich, (312) 829-3095

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 30 2019

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. | UNDER SEAL |
| MARTINAS STEIGVILA | |

Magistrate Judge Sidney I. Schenkier
United States District Court

**19CR 820**

CRIMINAL COMPLAINT

MAGISTRATE JUDGE SCHENKIER

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about March 2, 2019 to the present, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | unlawful flight to avoid prosecution and custody |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

JEREMY R. BAUER
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: October 30, 2019

Judge's signature

City and state: Chicago, Illinois

SIDNEY R. SCHENKIER, U.S. Magistrate Judge
*Printed name and Title*

**FILED**
OCT 30 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, JEREMY R. BAUER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 2015. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that MARTINAS STEIGVILA (STEIGVILA) has violated Title 18, United States Code, Section 1073. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging STEIGVILA with unlawful flight to avoid prosecution and custody, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. The information in this affidavit is based upon information obtained from other law enforcement officers, including reports I have read and conversations I have had with individuals personally knowledgeable of the events and circumstances described herein.

4. On or about March 2, 2019, STEIGVILA punched MICHAEL RUBY in the face and head approximately three times after RUBY witnessed STEIGVILA

lose an arm wrestling match, causing RUBY's death. On March 19, 2019, the Circuit Court of Cook County charged STEIGVILA with First Degree Murder, an Illinois felony, and issued a warrant for his arrest.

5. Attempts to locate STEIGVILA in Illinois by the Chicago Police Department (CPD) have been unsuccessful. CPD conducted multiple surveillances of STEIGVILA's residence, interviewed his parents, former landlord, and former employer with no success in locating him. Recent checks of law enforcement databases available to the FBI failed to locate STEIGVILA in the State of Illinois.

6. The FBI learned that on August 14, 2019, STEIGVILA flew out of Cancun International Airport in Cancun, Mexico and landed at Barajas International Airport in Madrid, Spain on August 15, 2019. STEIGVILA traveled using a Lithuanian visa issued in his true name on August 9, 2019. STEIGVILA is a Lithuanian citizen who maintained a permanent residence status in the United States.

7. On September 29, 2019, the FBI received information from the Cook County State's Attorney's Office (CCSAO) who obtained notification from the Lithuanian Ministry of the Interior regarding STEIGVILA's arrival in the country on or about September 5, 2019. A copy of STEIGVILA's travel visa and consent regarding the verification of STEIGVILA's personal data were provided to the FBI by CCSAO after being obtained from the United States Department of State, Diplomatic Security Service, at the U.S. Embassy in Lithuania. A review of the documents received revealed matches of STEIGVILA's name and date of birth. The

photograph on the visa appears to be STEIGVILA, when compared with a booking photograph of STEIGVILA from a February 2017 arrest by the Illinois State Police. STEIGVILA's signature also appears to be a match between the travel visa and the verification of person data form. The travel documents listed an arrival address in Kaunas, Lithuania. Based upon a return address on a package located in STEIGVILA's former apartment in Illinois, it is believed that STEIGVILA's grandfather lives in Kaunas, Lithuania.

8. Based upon the information contained in this affidavit, I believe MARTINAS STEIGVILA fled the State of Illinois to avoid prosecution for the Illinois felony of First Degree Murder in violation of Title 18, United States Code, Section 1073. The Cook County State's Attorney's Office will extradite STEIGVILA when he is apprehended.

FURTHER AFFIANT SAYETH NOT.

JEREMY R. BAUER
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on October 30, 2019.

SIDNEY I. SCHENKIER
United States Magistrate Judge

(Rev. 12/19/00) CCCR 0656

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.

Case No. 19110607701

Martinas _____ Steigvila
(First) (M.I.) (Last)

☐ Violation of-
☐ Probation
☐ Supervision
☐ Conditional Discharge
☐ AMF
☒ Arrest
☐ BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant Martinas _____ Steigvila
(First) (M.I.) (Last)

for the offense(s) of Murder - First Degree
(Description)

720 ILCS 5.0 / 9-1-A-1
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

BR 66 _____ 2650 S. California
(Location) (Room) (Call or Time)

or, If I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS
Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

ENTERED
MAR 19 2019

Issued in Cook County 3-19-2019
Bail Fixed at $ No Bail

(Geographic Limitations)

ASA Sawyers
(Prosecutor)

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Thomas J. Byrne
Judge

1997
No.

Thomas J. Byrne 1997
Judge No.

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof, _____

_____ By _____
Clerk of The Circuit Court _____ Deputy Clerk

---

Name Martinas _____ Steigvila Alias Martin
(First) (M.I.) (Last)

Residence 1164 W Grand Ave _____ Chicago _____ IL _____ 60642
Street City or Town State Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|---|---|---|---|---|---|---|---|---|
| M | W | 5 07 | 150 Lbs. | 02 / 20 / 90 | 29 | Light | Slim | S32154090051 |

| IR | CB/DCN | FBI | SID | Social Security | Forfeited Bond No. |
|---|---|---|---|---|---|
| 2272699 | | 988574XD8 | IL59620250 | 346046281 | |

Complainant's Name State of Illinois for Michael Ruby _____ Address 5101 S Wentworth Chicago IL 60609

Arresting Officer G. Gutierrez _____ Star No. 21150 _____ Agency/Unit 610 _____ Officer's Key _____

Reviewed By ASA Sawyers _____ Audited By _____
Prosecutor Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS